■ Maria Durels, Plaintiff, v Anthony Cangelosi et al., Defendants. Fuchsberg & Fuchsberg, Appellant, v Kleinberg & Friedman, Respondent.—Order, Supreme Court, New York County, entered on October 13, 1975, unanimously affirmed for the reasons stated at Special Term and by the Special Referee, without costs and without disbursements. Concur—Stevens, P. J., Markewich, Murphy, Silverman and Nunez, JJ.

■ In the Matter of Port Authority Police Benevolent Association, Inc., Appellant, v Port Authority of New York and New Jersey, Respondent.—Judgment, Supreme Court, New York County, entered on April 23, 1973, unanimously affirmed for the reasons stated by Asch, J., at Trial Term, without costs and without disbursements. Concur—Kupferman, J. P., Birns, Silverman and Nunez, JJ.

■ Irving Vogel, Respondent, v Cyrus West, Appellant.—Order, Supreme Court, New York County, entered on October 24, 1975, and the judgment entered thereon on November 5, 1975, unanimously affirmed for the reasons stated at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Stevens, P. J., Markewich, Murphy, Silverman and Nunez, JJ.